IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA JACKSON,**  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**FRESNO POLICE OFFICER KENNAN** )<br>**RODEMS; FRESNO POLICE** )<br>**SERGEANT J. PAPALEO; CITY OF** )<br>**FRESNO, CALIFORNIA,** )<br>  )<br>  **Defendants** )<br>_____ ) | CV F 02-5234 AWI SMS<br><br>AMENDMENT TO PRETRIAL ORDER<br><br>Motions In Limine Hearing:<br>June 6, 2005<br>8:30 a.m., Courtroom 3<br><br>Trial: June 14, 2005<br>8:30 a.m., Courtroom 3 |

On April 4, 2005, the court filed a pretrial order in this case listing, *inter alia,* the potential witnesses for the parties. Defendants have notified the court that a number of potential witnesses were omitted from Defendants' witness list on the order. After investigation, it is apparent the reason for the omission is that the lists of potential witnesses contained in the computer diskette copy of the parties' joint pretrial statement omits the potential witnesses that were listed on the electronically filed version of the same document. The parties are cautioned that the computer diskette version of the joint pretrial statement is the source for the witness and document lists used by the court in compiling its pretrial order. The court does not routinely cross-check the diskette and electronically filed versions of the lists for accuracy or omissions.

1   Since Defendants have served the list of omitted potential witnesses on both the court and
2   on Plaintiff's counsel, the court need not list the omitted names here individually.  The omitted
3   names are **HEREBY INCORPORATED BY REFERENCE** into the existing pretrial statement,
4   Document 69, filed April 18, 2005.

6   IT IS SO ORDERED.

7   **Dated:    May 3, 2005**              **/s/ Anthony W. Ishii**
    0m8i78                                UNITED STATES DISTRICT JUDGE