James D. Weakley, Esq.    Bar No. 082853
Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO,
OFFICER KENNAN RODEMS, and SGT. J. PAPALEO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| RHONDA JACKSON, | CASE NO. CIV F-02-5234 AWI/SMS |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| vs. | |
| CITY OF FRESNO, OFFICER KENNAN RODEMS AND SGT. J. PAPALEO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the plaintiff dismisses the Second Cause of Action based upon the Americans with Disabilities Act and dismisses Fresno Police Sergeant J. Papaleo from the lawsuit.

DATED: May 23, 2005                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                                       By:   /s/  James D. Weakley
                                             James D. Weakley
                                             Attorney for Defendants
                                             CITY OF FRESNO, OFFICER KENNAN
                                             RODEMS, and SGT. J. PAPALEO

---

Stipulated Order
Case no: CV-F-02-5234 AWI/SMS

DATED: May 23, 2005

      /s/ Sal Sciandra
      Sal Sciandra
      Attorney for Plaintiff
      RHONDA JACKSON

**ORDER**

IT IS SO ORDERED.

**Dated:   May 26, 2005**        **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE

Stipulated Order
Case no: CV-F-02-5234 AWI/SMS      2