**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RHONDA JACKSON, | ) | CV F F-02-5234  AWI SMS |
| Plaintiff, | ) | |
| | ) | **ORDER TO COURT** |
| v. | ) | **SECURITY PERSONNEL TO** |
| | ) | **ALLOW ELECTRONIC** |
| CITY OF FRESNO, OFFICER | ) | **DEVICES** |
| KENNAN RODEMS, AND | ) | |
| SARGENT J. PAPALEO, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Court security personnel are hereby ordered to allow the attorneys and paralegal personnel participating in the above-captioned case to bring their laptop computers and cell phones into the courthouse beginning Tuesday, June 14, 2005, through the duration of the trial.   The attorneys and paralegals names are:  **Kevin Little, Sal Sciandra, Denise Sciandra, Rosemary McGuire, James Weakley, Angela Cantrell and Beverly Bell**.  Security personnel shall contact Judge Ishii or his staff if there is any problem or concern.


IT IS SO ORDERED.

**Dated:   June 10, 2005          _____/s/ Anthony W. Ishii_____**
h2ehf                            UNITED STATES DISTRICT JUDGE