James D. Weakley, Esq.     Bar No. 082853
Rosemary T. McGuire, Esq.  Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO
and OFFICER KENNAN RODEMS

FILED

2005 JUN 13  P 1: 44

CLERK, US DIST. COURT
EASTERN DIST. CALIF.

BY:_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA JACKSON, | CASE NO. CIV F-02-5234 AWI/SMS |
| Plaintiff, | ORDER ALLOWING PRODUCTION OF EVIDENCE AT TRIAL |
| vs. | |
| CITY OF FRESNO, OFFICER KENNAN RODEMS AND SGT. J. PAPALEO, | Trial : June 14, 2005 |
| Defendants. | |

IT IS HEREBY ORDERED that the single shot break down 12 gauge shotgun, bearing serial no. NC221261 be allowed into the Courthouse as evidence on June 14, 2005 and shall remain in Courtroom Three during the entire trial. The shotgun shall be rendered inoperable. At the completion of the trial, the gun shall be returned to the Fresno Police Department.

DATED: 6-13-05

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT COURT JUDGE

---

Order Allowing Shotgun in Courtroom During Trial
Case No: CV-F-02-5234 AWI/SMS