**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHONDA JACKSON, | ) CASE NO.  CIV F-02-5234 AWI/SMS |
| Plaintiff, | ) **STIPULATED ORDER OF DISMISSAL** |
| vs. | ) |
| CITY OF FRESNO, OFFICER KENNAN RODEMS AND SGT. J. PAPALEO, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties that the plaintiff dismisses her Monell claim against the City of Fresno and any employees or agents of the City of Fresno from the lawsuit.

DATED: June 13, 2005                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                                        By:     /s/ James D. Weakley
                                                James D. Weakley
                                                Attorney for Defendants
                                                CITY OF FRESNO and
                                                OFFICER KENNAN RODEMS

DATED: June 13, 2005

                /s/ Salvatore Sciandra
                Attorney for Plaintiff
                RHONDA JACKSON

DATED: June 8, 2005

                /s/ Kevin G. Little
                Kevin G. Little
                Attorney for Plaintiff
                RHONDA JACKSON

## **ORDER**

Based on the stipulations of the parties and good cause appearing, it is HEREBY ORDERED that the <u>Monell</u> claim against the City of Fresno and any employees or agents of the City of Fresno are hereby DISMISSED.

IT IS SO ORDERED.

**Dated:   June 14, 2005**　　　　　　　　　／s／ **Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2